

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-7-2006

# Estate Knoster v. Ford Mtr Co

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-3355

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Estate Knoster v. Ford Mtr Co" (2006). *2006 Decisions*. Paper 474.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/474

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-3355
_____

ESTATE OF EDWARD W. KNOSTER, by IRENE KNOSTER as Administratrix Ad
Prosequendum; IRENE KNOSTER, individually; SYLVIA ANN REA;

Appellants,

v.

FORD MOTOR COMPANY,

Defendant/Third Party Plaintiff,

v.

IRENE KNOSTER,

Third Party Defendant.

_____

On Appeal from the United States District Court
for the District of New Jersey
(No. 01-cv-03168)
District Judge: Honorable Mary Little Cooper
Argued June 15, 2006

Before: FISHER, CHAGARES and REAVLEY,[*] Circuit Judges.

(Opinion filed September 6, 2006)

_____

[*]The Honorable Thomas M. Reavley, United States Circuit Judge for the Fifth
Circuit, sitting by designation.

**ORDER AMENDING OPINION**

CHAGARES, <u>Circuit Judge</u>

IT IS HEREBY ORDERED that the opinion in the above case, filed September 6, 2006, be amended as follows:

On page 15, fourth line, delete "be" between "would" and "ordinarily".

By the Court,


<u>*/s/ Michael A. Chagares*</u>
Circuit Judge

Dated: September 7, 2006